Appellant, Foster Sellers, filed a pro se petition for writ of error coram nobis, which was dismissed by the trial court without a hearing. On appeal this court held that the petition properly alleged ineffective assistance of counsel in appellant's trial for burglary in the second degree in 1969, and that the trial court should have granted appellant a hearing. This court remanded the cause to the trial court with instructions that a hearing be held on the petition for writ of error coram nobis, and that due return be made to this court.
The trial court filed its return to remand September 27, 1984, advising this court that it had entered an order on September 21, 1984, granting appellant's petition for writ of error coram nobis, and setting aside and dismissing his 1969 conviction of second degree burglary in the Circuit Court of Houston County, Alabama, Case No. 8576, as well as the seven year sentence imposed thereon.
In view of the action of the trial court in granting appellant's petition and dismissing his burglary conviction, this appeal is due to be, and is hereby, dismissed.
DISMISSED.
All Judges concur.